UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| LARRY TYUS, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:07-162-JMH |
| | ) |
| V. | ) |
| | ) |
| KENTUCKY DEPT. OF VETERANS | ) **JUDGMENT** |
| AFFAIRS, ET AL., | ) |
| | ) |
| Defendants. | ) |

\*\*\*\*   \*\*\*\*   \*\*\*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.   Plaintiff Larry Tyus filed a Complaint asserting civil rights claims under 42 U.S.C. § 1983 against the Defendants.

2.   The Complaint [R. 2] is **DISMISSED WITH PREJUDICE.**

3.   Judgment is entered in favor of the Defendants.

4.   The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. §1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

5.   This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

6.   This matter is **DISMISSED** and **STRICKEN** from the Court's

1

docket.

    This the 14th day of August, 2008.



**Signed By:**
**_Joseph M. Hood_**
**Senior U.S. District Judge**